### 9272.　DANIEL *v.* DANIEL.

LUKE, J. W. R. Daniel sued out a distress warrant against J. A. Daniel. The evidence disclosed that they were joint owners and tenants in common of the property alleged to have been rented. The evidence did not show that the relation of landlord and tenant existed, and the trial court granted a nonsuit. *Held:* Whatever may have been the remedy of W. R. Daniel under the Civil Code (1910), § 3724, a distress warrant was not the proper remedy; and it was not error for the court to grant a nonsuit and dismiss the distress warrant.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED MARCH 15, 1918.

Distraint; from city court of Carrollton—Judge Beall. September 12, 1917.

*Willis Smith, J. L. Smith,* for plaintiff.

*Buford F. Boykin, Leon Hood,* for defendant.

---

### 9277.　HENDRICKS *v.* TORRENCE.

WADE, C. J. The contract which formed the basis of the suit was plain and unambiguous, and capable only of the construction given it by the court. There is therefore no merit in the various special grounds of the motion for a new trial, and the verdict returned was demanded. The statutory damages of ten per cent., for bringing up the case for delay, are hereby awarded against the plaintiff in error.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED MARCH 15, 1918.

Complaint; from city court of Nashville—Judge Christian. September 11, 1917.

*Hendricks, Mills & Hendricks,* for plaintiff in error.

*W. R. Smith,* contra.